JS 44 - No. CALIF .(Rev. 4/97)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

## I.(a) PLAINTIFFS

## DEFENDANTS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "T" IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 2 U.S. Government Defendant
- 3 Federal Question (U.S. Government Not a Party)
- 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "T" IN ONE BOX FOR PLAINTIFF
(For diversity cases only) AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. ORIGIN (PLACE AN "T" IN ONE BOX ONLY)

- 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from Another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "T" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| **110** Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | **610** Agriculture | **422** Appeal 28 USC 158 | **400** State Reapportionment |
| **120** Marine | **310** Airplane | **362** Personal Injury Med Malpractice | **620** Other Food & Drug | **423** Withdrawal 28 USC 157 | **410** Antitrust |
| **130** Miller Act | **315** Airplane Product Liability | **365** Personal Injury Product Liability | **625** Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | **430** Banks and Banking |
| **140** Negotiable Instrument | **320** Assault Libel & Slander | **368** Asbestos Personal Injury Product Liability | **630** Liquor Laws | **820** Copyrights | **450** Commerce/ICC Rates/etc. |
| **150** Recovery of Overpayment & Enforcement of Judgment | **330** Federal Employers Liability | **PERSONAL PROPERTY** | **640** RR & Truck | **830** Patent | **460** Deportation |
| **151** Medicare Act | **340** Marine | **370** Other Fraud | **650** Airline Regs | **840** Trademark | **470** Racketeer Influenced and Corrupt Organizations |
| **152** Recovery of Defaulted Student Loans (Excl Veterans) | **345** Marine Product Liability | **371** Truth In Lending | **660** Occupational Safety/Health | | **810** Selective Service |
| **153** Recovery of Overpayment of Veteran's Benefits | **350** Motor Vehicle | **380** Other Personal Property Damage | **690** Other | **SOCIAL SECURITY** | **850** Securities/Commodities/ Exchange |
| **160** Stockholders Suits | **355** Motor Vehicle Product Liabiltiy | **385** Property Damage Product Liability | **LABOR** | **861** HIA (1395ff) | **875** Customer Challenge 12 USC 3410 |
| **190** Other Contract | **360** Other Personal Injury | | **710** Fair Labor Standards Act | **862** Black Lung (923) | **891** Agricultural Acts |
| **195** Contract Product Liability | | | **720** Labor/Mgmt Relations | **863** DIWC/DIWW (405(g)) | **892** Economic Stabilization Act |
| | | | **730** Labor/Mgmt Reporting & Disclosure Act | **864** SSID Title XVI | **893** Environmental Matters |
| | | | **740** Railway Labor Act | **865** RSI (405(g)) | **894** Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **790** Other Labor Litigation | **FEDERAL TAX SUITS** | **895** Freedom of Information Act |
| **210** Land Condemnation | **441** Voting | **510** Motion to Vacate Sentence | **791** Empl.Ret. Inc. Security Act | **870** Taxes (US Plaintiff or Defendant | **900** Appeal of Fee Determination Under Equal Access to Justice |
| **220** Foreclosure | **442** Employment | **Habeas Corpus:** | | **871** IRS - Third Party 26 USC 7609 | **950** Constitutionality of State Statutes |
| **230** Rent Lease & Ejectment | **443** Housing | **530** General | | | **890** Other Statutory Actions |
| **240** Torts to Land | **444** Welfare | **535** Death Penalty | | | |
| **245** Tort Product Liability | **440** Other Civil Rights | **540** Mandamus & Other | | | |
| **290** All Other Real Property | | **550** Civil Rights | | | |
| | | **555** Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** YES   NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE A "T" IN ONE BOX ONLY)
SAN FRANCISCO/OAKLAND   SAN JOSE

DATE                    SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44**
Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.  (a) Plaintiffs - Defendants**. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.  Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a). F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "T" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "T" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.  Residence** (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.  Origin.** Place an "T" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**V.  Nature of Suit**. Place an "T" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**VI.  Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**VII.  Requested in Complaint**. Class Action. Place an "T" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.  Related Cases**. This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases. Date and Attorney Signature.

**Date and Attorney Signature**. Date and sign the civil cover sheet.

1  BETTY HERRERA (242189)
2  SACKETT
   AND ASSOCIATES
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6
7  Attorney for Plaintiff
8
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                                OAKLAND DIVISION
12

13 ALBERT D. GALLEGOS,            ) Case No.: C08-00886 MHP
                                  )
14         Plaintiff,             )
                                  ) COMPLAINT FOR JUDICIAL REVIEW
15 v.                             ) OF DECISION OF COMMISSIONER
                                  ) OF SOCIAL SECURITY  (Administrative
16                                ) Procedure Act Case)
                                  )
17 MICHAEL J. ASTRUE,             )
   Commissioner, Social Security  )
18 Administration,                )
                                  )
19                                )
           Defendant.             )
20                                )

21      The above-named plaintiff makes the following representations to this court for the
22 purpose of obtaining judicial review of a decision of the defendant adverse to the plaintiff:
23      1.   The plaintiff is a resident of <u>San Leandro, California</u>.
24      2.   The plaintiff complains of a decision, which adversely affects the plaintiff in
25 whole or in part.  The decision has become the final decision of the Secretary for purpose of
26 judicial review and bears the following caption:
27
28

COMPLAINT

| | |
|---|---|
| In the case of | Claim for |
| | SOCIAL SECURITY |
| <u>ALBERT D. GALLEGOS</u> | <u>TITLE II – DIWC</u> |
| Claimant | |
| | |
| <u>ALEERT D. GALLEGOS</u> | <u>XXX-XX-7188</u> |
| Wage Earner | Social Security Number |

3.    The plaintiff has exhausted administrative remedies in this matter and this court has jurisdiction for judicial review pursuant to 42 U.S.C. 405(g).

WHEREFORE, the plaintiff seeks judicial review by this court and the entry of judgment for such belief as may be proper, including costs.

DATE: February 7, 2008            **/s/**
                                                    BETTY HERRERA
                                                    Attorney for Plaintiff
                                                    ALBERT D. GALLEGOS

COMPLAINT