Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALBERT D. GALLEGOS )
)
)
Plaintiff, ) CASE NO. C08-00886 MHP
) AMENDED
vs. ) APPLICATION TO PROCEED
) IN FORMA PAUPERIS
MICHAEL J. ASTRUE, Commissioner, Social ) (Non-prisoner cases only)
Security Administration, )
)
Defendant. )

I, Albert D. Gallegos , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1   and wages per month which you received.
2   9/6/2004 - $9.00 per hour
3   _____
4   _____

5   2.   Have you received, within the past twelve (12) months, any money from any of the
6   following sources:
7        a.   Business, Profession or            Yes ___ No ✓
8             self employment?
9        b.   Income from stocks, bonds,         Yes ___ No ✓
10            or royalties?
11       c.   Rent payments?                     Yes ___ No ✓
12       d.   Pensions, annuities, or            Yes ___ No ✓
13            life insurance payments?
14       e.   Federal or State welfare payments, Yes ___ No ✓
15            Social Security or other govern-
16            ment source?
17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.
19  _____
20  _____
21  3.   Are you married?                        Yes ___ No ✓
22  Spouse's Full Name: _____
23  Spouse's Place of Employment: _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $_____ Net $_____
26  4.   a.   List amount you contribute to your spouse's support:$ _____
27       b.   List the persons other than your spouse who are dependent upon you for support
28            and indicate how much you contribute toward their support. (NOTE: For minor

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____
4  5.   Do you own or are you buying a home?    Yes ___ No ✓
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.   Do you own an automobile?               Yes ___ No ✓
7  Make _____ Year _____ Model _____
8  Is it financed? Yes ___ No ___ If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.   Do you have a bank account?  Yes ✓ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: Bank of America, Bay Fair Branch, San Leamdro, California
12 _____
13 Present balance(s): $ 12,800.00
14 Do you own any cash? Yes ✓ No ___ Amount: $ 2,500.00
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                Yes ___ No ✓
17 _____
18 8.   What are your monthly expenses? No monthly expenses. I live at home.
19 Rent: $ _____ Utilities: _____
20 Food: $ _____ Clothing: _____
21 Charge Accounts:
22 Name of Account        Monthly Payment         Total Owed on This Account
23 _____        $ _____       $ _____
24 _____        $ _____       $ _____
25 _____        $ _____       $ _____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 $75.00 - pay monthly installments for bankruptcy

- 3 -

1
2   10.   Does the complaint which you are seeking to file raise claims that have been presented in
3   other lawsuits?   Yes ___  No ___
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5   which they were filed.
6   W/ Comp — Oakland Calif.
7
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9   false statement herein may result in the dismissal of my claims.
10
11  12/8/08                        Albert D. Gallegos
12      DATE                       SIGNATURE OF APPLICANT

- 4 -