UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT D. GALLEGOS,

        Plaintiff(s),

  v.

MICHAEL J. ASTRUE,

        Defendant(s).

_____/

No. C 08-0886   MHP

**ORDER  RE APPLICATION  TO
PROCEED IN FORMA PAUPERIS**

    ( )    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED and that the Clerk issue summons.  IT IS FURTHER ORDERED that plaintiff shall serve the summons, a copy of the complaint, and all papers that plaintiff has filed herein, the scheduling order, and attachments in accordance with Rule 4 of the Federal Rules of Civil Procedure.  Plaintiff shall refer to the attachment *Chapter 5 - What are the Requirements for Serving Documents on the Other Parties to the Lawsuit?*

    ( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $350.00 be paid no later than _____.  Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

    ( X )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and that plaintiff is further ordered to make partial payment of the filing fee in the amount of **$ 50.00 by 3/31/2008** .  Failure to pay this amount will result in dismissal of the above-entitled action without

prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any

amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.

Plaintiff has a continuing obligation to keep the Court informed of his or her current address.

Failure to do so may result in dismissal of this action.


Dated: 2/26/2008

_____
MARILYN HALL PATEL
United States District Judge

**United States District Court**
For the Northern District of California