

# SACKETT
## AND ASSOCIATES

A PROFESSIONAL LAW CORPORATION

March 10, 2008

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102

**HARVEY P. SACKETT**

**BETTY HERRERA**

1055 Lincoln Avenue

Post Office Box 5025

San Jose, CA 95150-5025

Telephone (408) 295-7755

Toll Free (800) 913-3000

Fax (408) 295-7444

www.sackettlaw.com

RE: **GALLEGOS v. ASTRUE**
Case No: **C 08-0886 MHP**

ENCLOSURE(S):

**Summons and Filing Fee**

THESE ENCLOSURES ARE FURNISHED FOR THE FOLLOWING PURPOSES:

☒ PLEASE FILE ENCLOSURE(S).

☒ PLEASE RETURN ENDORSED-FILED COPIES TO THE UNDERSIGNED.

☐ PLEASE OBTAIN SIGNATURE OF THE COURT, FILE AND RETURN ENDORSED-FILED COPIES TO THE UNDERSIGNED.

☐ FOR YOUR RECORDS AND INFORMATION.

☒ OTHER: As per Judge Patel's order, our Application to Proceed In Forma Pauperis has been denied. Please find enclosed our cashier's check in the amount of $50.00 as well as the Summons. Please issue the summons and return in the self-stamped envelope I have enclosed.

THANK YOU,

SACKETT AND ASSOCIATES

JUANITA LOPEZ
Legal Assistant

jgl
enclosures

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016855
Cashier ID: almaceh
Transaction Date: 03/11/2008
Payer Name: sackett and associates
--------------------------------
ACCT RECV PAYMENT
 For: GALLEGOS
 Amount:         $50.00
--------------------------------
CHECK
 Check/Money Order Num: 419694111
 Amt Tendered:  $50.00
--------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

C 08-0886 MHP
FILING FEE

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```