1  BETTY HERRERA (242189)
2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9

10                     UNITED STATES DISTRICT COURT
11
12                     NORTHERN DISTRICT OF CALIFORNIA
13

14  ALBERT D. GALLEGOS,                ) Civil No. C08-0886 MHP
                                       )
15              Plaintiff,             )
                                       )
16  v.                                 ) STIPULATION AND ORDER
                                       )
17                                     )
    MICHAEL J. ASTRUE,                 )
18  Commissioner, Social Security      )
19  Administration,                    )
                                       )
20              Defendant.             )
                                       )
21  _____)

22       Plaintiff and Defendant, through their respective attorneys, hereby stipulate that
23  Plaintiff shall have a first extension of time of (40) days up through and including
24  Wednesday, August 27, 2008 in which to e-file his Motion for Summary Judgment.  This
25  extension is necessitated by the number of other cases Plaintiff's counsel currently needs to
26  brief for this court (8) in and around this time period.
27
28

                                       1
STIPULATION AND ORDER

|   |   |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: July 16, 2008 | /s/<br>THEOPHOUS H. REAGANS<br>Special Assistant U.S. Attorney |
| Dated: July 16, 2008 | /s/<br>BETTY HERRERA<br>Attorney for Plaintiff<br>ALBERT D. GALLEGOS |

IT IS SO ORDERED.

Dated: July 17, 2008

IT IS SO ORDERED

*[signature]*

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER

2