BETTY HERRERA (242189)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT D. GALLEGOS, | ) No.: C08-0886 MHP |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER FOR |
|  | ) DISMISSAL |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 27, 2008

/s/_____
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Dated: August 27, 2008

/s/_____
BETTY HERRERA
Attorney for Plaintiff
ALBERT D. GALLEGOS

IT IS SO ORDERED.

Dated: August 29, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND ORDER

2